Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
THERESA MARIE DOBSON

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| THERESA MARIE DOBSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LAW OFFICE OF RORY W. CLARK, A PROFESSIONAL LAW CORPORATION, a California corporation, and RORY WILLIAM CLARK, individually and in his official capacity,<br><br>　　　　　　　Defendants. | Case No. C07-03397-JF-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, THERESA MARIE DOBSON, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, THERESA MARIE DOBSON, hereby dismisses, with prejudice, all claims made by her against LAW OFFICE OF RORY W. CLARK, A PROFESSIONAL LAW CORPORATION, and RORY WILLIAM CLARK, in her Complaint filed herein on June 28, 2007. Plaintiff further notifies the Court that her dispute with the Defendants has been settled.

　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　THERESA MARIE DOBSON